FILED

2025 Apr-03 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **JASON JEREMIAH JONES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-00159-AMM-NAD** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### <u>ORDER OF DISMISSAL</u>

Mr. Jones filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Docs. 1, 2. On January 31, 2025, the court notified Mr. Jones that his pleading was deficient and directed him to cure the deficiencies within thirty days. Doc. 4. The court advised Mr. Jones that failure to comply could result in dismissal of this action. Doc. 4 at 2. Mr. Jones did not file a new petition, name a proper respondent, pay the filing fee, or request to proceed *in forma pauperis* as directed. *See* Doc. 4. The magistrate judge entered a report on March 12, 2025, recommending this petition be dismissed without prejudice based on Mr. Jones's failure to prosecute. Doc. 5. The court advised Mr. Jones of his right to file objections to the report and recommendation within fourteen days. *Id.* at 2–3. That time has expired, but the court has not received any objections from Mr. Jones.

After careful consideration of the record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **DISMISSES** this action **WITHOUT PREJUDICE** based on Mr. Jones's failure to prosecute.

**DONE** and **ORDERED** this 3rd day of April, 2025.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE